## ROME HARDWARE COMPANY *v.* CUZZORT.

ATKINSON, J. The evidence authorized the verdict finding the property not subject; and the special grounds of the motion for new trial, in so far as they present any question for decision, are without merit. '

*Judgment affirmed. All the Justices concur.*

JUNE 25, 1915. REHEARING DENIED' JULY 21, 1915.

Claim. Before Judge Wright. Floyd superior court. April 1, 1914.

*Henry Walker,* for plaintiff. *Denny & Wright,* contra.